HARRIS B. MCKENZIE v. WAPPLER ELECTRIC COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.